IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| VICTORIA W., | : |
| Plaintiff, | : |
| versus | : Civil Action No. 00-1960 |
| JERRY J. LARPENTER, SHERIFF OF TERREBONNE PARISH, in his official and individual capacities, WILLIAM F. DODD, ATTORNEY FOR TERREBONNE PARISH SHERIFF'S OFFICE, in his official and individual capacities, TERREBONNE PARISH CONSOLIDATED GOVERNMENT, DAVE NORMAN, ATTORNEY FOR TERREBONNE PARISH CONSOLIDATED GOVERNMENT, in his official and individual capacities, JOE NULL, WARDEN OF TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, in his official and individual capacities, ED BYERLY, MEDICAL ADMINISTRATOR OF TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, in his official and individual capacities, DR. CHARLES SPENCE, MEDICAL DIRECTOR OF TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, in his official and individual capacities, ABC Insurance Company, DEF Insurance Company, JKL Insurance Company, MNO Insurance Company, PQR Insurance Company, UVW Insurance Company, XYZ Insurance Company, | : SECT. K MAG. 4 |
| Defendants. | : |

## MOTION TO ADMIT ATTORNEYS LINDA A. ROSENTHAL, JULIE RIKELMAN, AND BETTINA BROWNSTEIN *PRO HAC VICE*

COMES NOW undersigned counsel, and moves this Court for an order admitting Linda A. Rosenthal, Julie Rikelman, and Bettina Brownstein, Attorneys at Law, *pro hac vice* in the above-captioned case as co-counsel.

DATE OF ENTRY
JUL 18 2000



This motion is based upon this Motion and the Declarations of Linda A. Rosenthal, Julie Rikelman and Bettina Brownstein.

Respectfully submitted,

_____
William E. Rittenberg, #11287
715 Girod Street, Suite 200
New Orleans, LA 70130
(504) 524-5555

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTORIA W., | : |
| Plaintiff, | : |
| versus | : Civil Action No. 00-1960 T |
| JERRY J. LARPENTER, SHERIFF OF TERREBONNE PARISH, in his official and individual capacities, WILLIAM F. DODD, ATTORNEY FOR TERREBONNE PARISH SHERIFF'S OFFICE, in his official and individual capacities, TERREBONNE PARISH CONSOLIDATED GOVERNMENT, DAVE NORMAN, ATTORNEY FOR TERREBONNE PARISH CONSOLIDATED GOVERNMENT, in his official and individual capacities, JOE NULL, WARDEN OF TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, in his official and individual capacities, ED BYERLY, MEDICAL ADMINISTRATOR OF TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, in his official and individual capacities, DR. CHARLES SPENCE, MEDICAL DIRECTOR OF TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, in his official and individual capacities, ABC Insurance Company, DEF Insurance Company, JKL Insurance Company, MNO Insurance Company, PQR Insurance Company, UVW Insurance Company, XYZ Insurance Company, | : |
| Defendants. | : |

**ORDER**

Upon consideration of Plaintiffs' Motion for Admission *Pro hac vice* of out-of-state counsel Linda A. Rosenthal, Julie Rikelman and Bettina Brownstein, and in due consideration thereof, the Court hereby grants the motion. Accordingly, it is hereby

ORDERED that Linda A. Rosenthal, Julie Rikelman and Bettina Brownstein may participate in this case as counsel for plaintiff.

ENTERED as the Order of the Court this ___17th___ day of ___July___, 2000.

_____
United States District Court